AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JAN - 8 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

MICHAEL THOMAS PAUL )
*Plaintiff* )
v. ) Civil Action No. SA-15-CV-173-DAE
CITY OF SAN ANTONIO, ACTING BY AND )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: ORDERED that this case be DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that Defendant's Motion to Strike (Dkt. # 53) is GRANTED. IT IS FURTHER ORDERED that the Motion for Hearing to Show Cause for Denial of Appointment of Counsel, Motion for Leave to Appeal his Denial of Counsel, Motion to Dismiss for Failure to State a Claim are DISMISSED AS MOOT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge **David A. Ezra**

Date: 01/08/2016

CLERK OF COURT  JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*