IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED
SEP - 7 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
_____ DEPUTY

No. 16-50307

Certified as a true copy and issued
as the mandate on Sep 07, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

MICHAEL THOMAS PAUL,

    Plaintiff - Appellant

v.

CITY OF SAN ANTONIO, acting by and through the City Public Service Board (CPS Energy),

    Defendant - Appellee

Appeal from the United States District Court for the
Western District of Texas, San Antonio
5:15-CV-173-DAE

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 7, 2016, for want of prosecution. The appellant failed to timely file a brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT